

Christopher H. Lowe - Partner

420 Lexington Avenue, Suite 1830
New York, New York 10170
Main: 212.392.4772
Direct: 212.764.7171
Fax: 212.444.1030
Chris@lipskylowe.com

www.lipskylowe.com

June 16, 2021

<u>VIA ECF</u>
The Honorable Valerie E. Caproni, U.S.D.J.
United States District Court
Southern District of New York
Thurgood Marshal U.S. Courthouse
40 Foley Square
New York, New York 10007

    Re:    <u>Kareem Nisbett v. Beis Travel, LLC 1:21-cv-01679 (VEC)</u>

Dear Judge Caproni:

    We represent the Plaintiff and write now to advise the Court that the parties have reached an agreement in principle to amicably resolve this matter. Accordingly, we respectfully request that all case deadlines be adjourned *sine die*, including the Initial Pretrial Conference, scheduled for June 25, 2021 at 10:00 am (Dkt. 5), and any deadline for Defendant to respond to the Complaint. We further ask that the parties be given 30 days within which to file a Notice of Dismissal with Prejudice.

    This is the first request for an adjournment of the Initial Pretrial Conference and/or Defendant's time to Answer. If granted, the adjournments would not affect any other case deadlines because no Scheduling Order has yet been entered. Defendant consents to this request.

                                                         Respectfully submitted,
                                                        LIPSKY LOWE LLP


                                                        <u>s/ Christopher H. Lowe</u>
                                                       Christopher H. Lowe

Cc: Defendant's Counsel (via email)